UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WALTER LEE CARUTHERS,

    Petitioner,

v.                                        3:91-cv-031

RICKY BELL, Warden,

    Respondent.

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, the respondent's motion for substitution of counsel is **GRANTED**. Jennifer L. Smith is **SUBSTITUTED** for Glenn R. Pruden as counsel of record for respondent. Petitioner's motion for a certificate of appealability is **DENIED WITHOUT PREJUDICE**. Petitioner's motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is **GRANTED** to the extent the court will consider the following claim on the merits:

    AA.    PETITIONER WAS DENIED THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL AT THE MOTION FOR NEW TRIAL AND ON APPEAL

    **E N T E R:**

                                                                 s/ Leon Jordan
                                                       United States District Judge