UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


WALTER LEE CARUTHERS,

      Petitioner,

v.                      3:91-cv-031


RICKY BELL, Warden,

      Respondent.


**O R D E R**


      For the reasons set forth in the accompanying Memorandum Opinion, petitioner's

motion to reconsider is **DENIED**.  Petitioner's request to file briefing on the merits of claim

AA is **GRANTED**.  The Clerk is **DIRECTED** to file the petitioner's brief on the merits.  The

respondent shall have forty (40) days from the date of this Order to file a responsive brief.


      **E N T E R:**

                              _____s/ Leon Jordan_____
                                United States District Judge