UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>WALTER LEE CARUTHERS</u>,

    Petitioner,

v.                                       3:91-cv-031

<u>RICKY BELL</u>, Warden,

    Respondent.

## <u>O R D E R</u>

In accordance with the accompanying Memorandum, the petitioner's claim AA is **DENIED**. The Clerk is **DIRECTED** to notify the Sixth Circuit of this Order, to close this action, and to transfer the case back to the United States Court of Appeals for the Sixth Circuit.

    **E N T E R:**

                                                  s/ Leon Jordan
                                           United States District Judge